**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| BRIAN KENNETH THOMAS, <br> ADC# 130017 <br>  <br> Plaintiff, <br> v. <br>  <br> LINDSEY PAXTON, Probation and Parole Officer, Arkansas Community Correction, *et al.* <br>  <br> Defendants | * <br> * <br> * <br> * <br> * <br> *   No. 4:15CV00104-SWW-JJV <br> * <br> * <br> * <br> * <br> * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of March, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE